IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-cv-208-DSC

| | |
|---|---|
| DEBRA KEETER, Administrator of the ESTATE OF TERRY ADAM BOONE,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT L. BARNES, in his Individual and Official Capacity, and THE CITY OF GASTONIA,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Extend Deadlines" (document # 20). Plaintiff seeks to extend three deadlines. Two of the deadline extensions sought (discovery completion and ADR) are unopposed by Defendants. One of the deadline extensions (Dispositive Motions) is opposed by Defendants. For the reasons stated therein, the Motion is **GRANTED**.

**IT HEREBY ORDERED** that the following pretrial deadlines are extended to the dates indicated:

| | |
|---|---|
| **Discovery Completion** | January 21, 2011 |
| **ADR** | February 10, 2011 |
| **Dispositive Motions** | February 17, 2011 |

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**        Signed: December 22, 2010

David S. Cayer
United States Magistrate Judge