# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10CV208-DSC

| | |
|---|---|
| DEBRA KEETER, Administrator of the ESTATE OF TERRY ADAM BOONE, )<br><br>Plaintiff, )<br><br>v. )<br><br>SCOTT L. BARNES, in his Individual and Official Capacity, and THE CITY OF GASTONIA, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Barnes'"Unopposed Motion ... for Leave to Exceed Word Count Limitation in Summary Judgment Reply Brief" (document #40) and "Unopposed Motion ... for Extension of Time to File ... Reply Brief" (document #41). There appearing good cause for the relief Defendant seeks, the Motions will be granted.

**NOW THEREFORE, IT IS ORDERED**:

1. Defendant Barnes'"Unopposed Motion ... for Leave to Exceed Word Count Limitation in Summary Judgment Reply Brief" (document #40) and "Unopposed Motion ... for Extension of Time to File ... Reply Brief" (document #41) are **GRANTED**, that is: Defendant Barnes' deadline for replying in support of his Motion for Summary Judgment is extended to May 16, 2011 and his reply may exceed the 2000 word limit.

2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.                    Signed: May 9, 2011

David S. Cayer
United States Magistrate Judge